UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 15-9723 DSF (ASx) | Date | 2/11/16 |
| Title | Edik Ghadimian v. Geico Casualty Co. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order GRANTING Motion to Remand (Dkt. No. 15)[1]

    Plaintiff's motion to remand is GRANTED. The Court is not convinced that the amount in controversy more likely than not exceeds $75,000. The underlying economic damages at issue are no more than $8,255.27. Defendant nonetheless attempts to demonstrate an amount in controversy more than $75,000 through emotional damages, punitive damages, and attorney's fees. While not completely outlandish, Defendant's estimate is not credible under the circumstances and does not persuade by a preponderance of the evidence. Plaintiff's request for fees and costs is DENIED.

    IT IS SO ORDERED.

---

[1] The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for February 22, 2016 is removed from the Court's calendar.